UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 11049 RCL

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil No. _____ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the following corporate disclosure statement is made:

The parent corporation of Liberty Mutual Fire Insurance Company is Liberty Mutual Holding Company, Inc., a Massachusetts corporation.

Respectfully submitted,

Date: May 16, 2005

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116