IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil No. 05-11049-RCL |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The United States of America, through undersigned counsel, moves to extend the deadline for answering the Complaint for a period of sixty (60) days to and including October 7, 2005. The ground for this motion is that to date Government counsel has not received the administrative file from the Internal Revenue Service, and will require it in order to prepare a meaningful answer.

Government counsel has spoken to counsel for the Plaintiff who has assented to the granting of this motion.

    MICHAEL J. SULLIVAN
    United States Attorney


/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Extend Time to Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 8th day of August:

Joseph Sergi
Scribner, Hall & Thompson LLP
1875 Eye Street, NW
Washington, DC 20006

John A. Lacaire
Biack, Cetkovic & Whitestone
200 Berkley Street, Floor 16
Boston, MA 02116

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565