AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LIBERTY MUTUAL FIRE INSURANCE
COMPANY AND SUBSIDIARIES

V.

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION



CASE NUMBER:

TO: (Name and address of Defendant)

| Michael J. Sullivan | Alberto R. Gonzales | Mark W. Everson |
| U.S. Attorney | U.S. Attorney General | Commissioner of Internal Revenue |
| John Joseph Moakley | U.S. Department of Justice | Internal Revenue Service |
| U.S. Courthouse | 950 Pennsylvania Ave., NW | 1111 Constitution Ave., NW |
| 1 Courthouse Way, Suite 9200 | Washington, DC 20539-0001 | Washington, DC 20224 |
| Boston, MA 02210 | | |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Lacaire
Black, Cetkovic, & Whitestone
200 Berkeley Street Floor 16
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

\RAH A. THORNTON

CLERK



MAY 19 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev 8 01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE June 7, 2005 |
| NAME OF SERVER (PRINT) Kendra Kosko | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    See Below

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/27/05
            Date

Signature of Server    Kendra Kosko

Address of Server:
Scribner, Hall & Thompson, LLP
1875 I Street, N.W.
Suite 1050
Washington, DC 20006-5409

*Upon Michael J. Sullivan, U.S. Attorney, District of Boston, via certified mail No. 70023150000369983701 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(A) by sending a copy of the summons and complaint to the United States Attorney, John Joseph Moakley, United States Courthouse, 1 Courthouse Way, Boston, MA 02210

*Upon Albert Gonzales, U.S. Attorney General, via certified mail No. 70023150000369983749 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(B) by sending a copy of the summons and complaint to the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-001

*Upon Mark Everson, Commissioner of Internal Revenue, via certified mail No. 70023150000369983732 return receipt requested in accordance with Fed. R. Civ. P. 4(i)(1)(C) by sending a copy of the summons and complaint to the Internal Revenue Service, 111 Constitution Avenue, Washington, DC 20224

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _GioPinto_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Michael J. Sullivan
   U.S. Attorney
   John Joseph Moakley United States Courthouse
   Suite 9200
   1 Courthouse Way
   Boston, MA 02210

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0003 6998 3701

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Honorable Alberto Gonzales
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530-0001

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0003 6998 3749

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   Received by the   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   Commissioner's Correspondence Office   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 1 3 2005

1. Article Addressed to:

   Mark W. Everson
   Commissioner of Internal Revenue
   1111 Constitution Avenue
   Washington, DC 20224

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0003 6998 3732

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540