UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ORIGINAL**

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil No. 05-11049 (RCL) ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

NOTICE OF WITHDRAWAL OF COUNSEL

Joseph A. Sergi, the undersigned counsel, hereby gives notice to opposing counsel and Liberty Mutual Fire Insurance Company (FIRE) of his withdrawal per LR 83.5.2 and further states:

1.   Counsel Joseph A. Sergi of the law firm Scribner, Hall & Thompson, LLP was admitted to practice before this Court *pro hac vice* to represent the interest of FIRE.

2   Counsel Joseph A. Sergi has terminated his employment with Scribner, Hall & Thompson, LLP and is joining the Department of Justice, Tax Division.

3.   Counsel Peter H. Winslow of the law firm Scribner, Hall & Thompson, LLP has been admitted to practice before this Court *pro hac vice* and will continue to represent FIRE.

4.   There are no motions pending before the court; no trial date has been set; and no reports, oral or written, are due.

Joseph A. Sergi, is providing this Notice of Withdrawal by filing with the Clerk of Court and by serving notice on opposing counsel and the client as required by LR 83.5.2(c).

                                                Respectfully submitted,

                                                Joseph A. Sergi
                                                Scribner, Hall & Thompson, LLP
                                                1875 Eye Street, N.W., Suite 1050
                                                Washington, DC 20006
                                                Telephone: (202) 331-8585
                                                Fax: (202) 331-2032

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this September 8, 2005, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was caused to be served on the parties below by first class mail, postage prepaid:

>Stephen J. Turanchik
>U.S. Department of Justice
>P. O. Box 55
>Ben Franklin Station
>Washington, D.C. 20044

JOSEPH A. SERGI