UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 05-11049 (RCL) |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John A. Lacaire, a member in good standing of the bar of this Court, hereby move the Court to admit Samuel A. Mitchell, an attorney who is not a member of the bar of this Court, to represent the plaintiff in the above-captioned matter. In support of this motion, Mr. Mitchell submits the following:

1. He is a member in good standing of the bars of the District of Columbia and the State of Colorado, the United States District Court for the District of Columbia, the United States Court of Federal Claims, the United States Courts of Appeals for the Third and Eleventh Circuits, and the United States Tax Court. A certificate of good standing from the United States District Court for the District of Columbia is attached.

2. He agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before this Court in connection with his pro hac vice representation in this case.

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

THE _____ DISTRICT OF _____ MASSACHUSETTS

LIBERTY MUTUAL FIRE INSURANCE
COMPANY AND SUBSIDIARIES,
                Plaintiff,
v.
UNITED STATES OF AMERICA,
                Defendant.

**APPEARANCE**

Case Number: 1:05-CV-11049 (RCL)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    Plaintiff, Liberty Mutual Fire Insurance Company and Subsidiaries

Motion for Admission Pro Hac Vice is pending before the Court.

September 12, 2005
Date

*Samuel A. Mitchell* (signature)
Signature

Samuel A. Mitchell
Print Name                           Bar Number

1875 Eye Street, N.W., Suite 1050
Address

Washington       D.C.       20006-5409
City                 State           Zip Code

(202) 331-8585       (202) 331-2032
Phone Number            Fax Number

Certificate of Service

      I hereby certify that true copies of the foregoing motions for admission pro hac vice of Samuel A. Mitchell and Gregory K. Oyler were served upon the following attorney of record by mail on September 13, 2005.

      Stephen J. Turanchik, Esq.
      U.S. Dept. of Justice
      P.O. Box 55
      Ben Franklin Station
      Washington, D.C. 20044

                                          _____
                                          John A. Lacaire

Date: 9/13/05