IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY AND SUBSIDIARIES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil No. 05-11049-RCL |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The United States of America, through undersigned counsel, moves to extend the deadline for answering the Complaint for a period of eleven (11) days to and including November 18, 2005. This is the third request for an extension by the United States to answer. The ground for this motion are Government counsel has not received the administrative file from the Internal Revenue Service, and will require it in order to prepare a meaningful answer. Additionally, the parties have conferred and exchanged information prior to the filing of an answer in order to narrow the issues in dispute. Government counsel has spoken to counsel for the Plaintiff who has assented to the granting of this motion.

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Stephen J. Turanchik
    _____
    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6565
    stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Extend Time to Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 7th day of November:

        Peter Winslow
        Scribner, Hall & Thompson LLP
        1875 Eye Street, NW
        Washington, DC 20006

        John A. Lacaire
        Biack, Cetkovic & Whitestone
        200 Berkley Street, Floor 16
        Boston, MA 02116

        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6565