UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No. 05-11049-RCL<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

**CERTIFICATE OF COMPLIANCE**

We hereby certify that we have complied with the Court's order to confer with a view to establishing a budget for the costs of conducting the full course – and alternative courses – for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____          Dated: 1-3-2006
GARY OSTROW
V.P. and Director of Corporate Taxation
Liberty Mutual Fire Insurance Co.
175 Berkeley Street
Boston, MA 02117
(617)574-5585


_____          Dated: 1-4-06
PETER H. WINSLOW
Scribner, Hall & Thompson LLP
1875 Eye Street, N.W., Ste. 1050
Washington, D.C. 20006
(202) 331-8585